Decided September 20, 2005

## STATE OF CONNECTICUT *v.* STANFORD D. FRANCIS

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 676 (AC 24668), is denied.

*James B. Streeto*, assistant public defender, in support of the petition.

*Proloy K. Das*, deputy assistant state's attorney, in opposition.

Decided September 20, 2005